Rosa Amelia PARTIDA–BENITEZ; Mayra Guadalupe Medina–Partida; Rosa Maria Medina–Partida, Petitioners,

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–72073.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2006.*

Filed Oct. 17, 2006.

Carlos A. Cruz, Esq., Law Offices of Carlos A. Cruz, Alhambra, CA, for Petitioners.

CAC–District, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Cindy S. Ferrier, Esq., P. Michael Truman, Esq., DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: TASHIMA, W. FLETCHER and BERZON, Circuit Judges.

MEMORANDUM **

This is a petition for review from the denial of petitioners' applications for can-

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

cellation of removal.

Respondent's unopposed motion to dismiss in part this petition for review for lack of jurisdiction with respect to petitioner Rosa Amelia Partida–Benitez is granted. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003); *Montero–Martinez v. Ashcroft,* 277 F.3d 1137, 1144 (9th Cir. 2002).

Respondent's unopposed motion for summary disposition in part with respect to petitioners Mayra Guadalupe Medina–Partida and Rosa Maria Medina–Partida is granted. Petitioners do not challenge the finding that they lack a qualifying relative to establish eligibility for cancellation of removal. *See* 8 U.S.C. § 1229b(b)(1)(D); *Vasquez–Zavala v. Ashcroft,* 324 F.3d 1105, 1107 (9th Cir.2003).

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

**PETITION DISMISSED IN PART AND DENIED IN PART.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.